**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:     Joe Anthony Romero v. Kroger Texas L.P., Sedgwick Claims
                         Management Services, and Phillips, Akers and Womac

Appellate case number:     01-12-00049-CV

Trial court case number:   10CV3689

Trial court:               212th District Court of Galveston County

      Appellant, Joe Anthony Romero, has filed a motion requesting an "Audio Transcript Recording of the hearing." There is no hearing to be recorded. Accordingly, the motion is DENIED.

      It is so ORDERED.


Judge's signature:  /s/ Laura Carter Higley
                    Acting individually


Date:  October 31, 2013